AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jeremy Vickery; Area Wide Electric, <br> *Plaintiff* <br> v. <br> Chick-Fil-A, Inc., <br> *Defendant*. | ) ) ) ) ) ) ) )   Civil Action No.   4:24-cv-01918-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: Plaintiff, Jeremy Vickery's, Motion for Judgment on the Pleadings is denied without prejudice. The Court dismisses, plaintiff, Area Wide Electric, claims without prejudice because plaintiff, Jeremy Vickery, cannot represent, plaintiff, Area Wide Electric and grants, defendant, Chick-Fil-A, Inc.'s Motion to Dismiss.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, and grants Defendant's Motion to Dismiss.

Date:   September 17, 2024

Robin L. Blume
*CLERK OF COURT*

s/L. Gibbons
*Signature of Clerk or Deputy Clerk*